# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1463

_____

Marlon Ivan Castaneda-Barrientos

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 1, 2015
Filed: September 8, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Salvadoran citizen Marlon Ivan Castaneda-Barrientos petitions for review of
an order of the Board of Immigration Appeals dismissing his appeal from the decision
of an immigration judge to deny withholding of removal and Convention Against

Torture relief.[1]  After careful consideration, we conclude that substantial evidence supports the decision.  See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379-82 (8th Cir. 2013).  The petition is denied.  See 8th Cir. R. 47B.

———————————————————

[1]The rulings determining that Castaneda-Barrientos had not timely filed his asylum application or shown circumstances to excuse his untimeliness are not before us in this petition for review.